UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN GASPERINI,

                Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

20 CIVIL 6022 (SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2022, Mr. Gasperini's Motion is DENIED and the Commissioner's Motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2022

                                                  RUBY J. KRAJICK

                                                   Clerk of Court

                          BY: _____
                                                     Deputy Clerk